# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    *Plaintiff*,

v.                                      Case No.: 4:20MC4-MW/MAF

**BRENDA SMITH, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1 and for want of

prosecution." The Clerk shall close the file.

**SO ORDERED on April 9, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**